# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 14, 2023

### NO. 03-22-00528-CR

**Lewis Wheeler, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to show that the punishment was assessed by the trial court rather than by the jury. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.